UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTBERTO HARO RAMIREZ, | 1:08-cv-00633-OWW-WMW (HC) |
| Petitioner, | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    June 2, 2008**              /s/  **William M. Wunderlich**
                                                            UNITED STATES MAGISTRATE JUDGE