UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CUTBERTO HARO RAMIREZ,                    1:08-cv-0633-OWW-WMW  (HC)

                          Petitioner,      ORDER GRANTING RESPONDENT'S FIRST
                                           MOTION FOR EXTENSION OF TIME TO FILE
            v.                             ANSWER TO PETITION

UNITED STATES OF AMERICA,                  (DOCUMENT #9)

                          Respondent.      SEPTEMBER 4, 2008 DEADLINE
_____/

            Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28

U.S.C. § 2241.  On August 13, 2008 respondent filed a motion to extend time to file an answer to the

petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING

THEREFOR, IT IS HEREBY ORDERED that:

            Respondent is granted up to and including September 4, 2008 in which to file an answer.

IT IS SO ORDERED.

**Dated:    August 14, 2008           _____/s/  William M. Wunderlich_____**
                                           UNITED STATES MAGISTRATE JUDGE