McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTBERTO HARO RAMIREZ,<br><br>      Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | 1:08-CV-0633 OWW WMW HC<br><br>ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR AN EXTENSION OF TIME |

IT IS HEREBY ORDERED, that respondent's second request for a 32-day extension is granted. The response is now due October 6, 2008.

IT IS SO ORDERED.

**Dated:    September 11, 2008**          /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE

1